# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

    v.

GARRETT WILLIAM LUCAS,

    Petitioner

: No. 343 WAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 92 WDA 2020
: entered on August 13, 2021,
: **affirming** the Judgment of Sentence
: of the Allegheny County Court of
: Common Pleas at No. CP-02-CR-
: 0001672-2013 entered on
: December 18, 2019

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

    v.

GARRETT WILLIAM LUCAS,

    Petitioner

: No. 344 WAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 93 WDA 2020
: entered on August 13, 2021,
: **affirming** the Judgment of Sentence
: of the Allegheny County Court of
: Common Pleas at No. CP-02-CR-
: 0014400-2012 entered on
: December 18, 2019

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

    v.

GARRETT WILLIAM LUCAS,

    Petitioner

: No. 345 WAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 94 WDA 2020
: entered on August 13, 2021,
: **affirming** the Judgment of Sentence
: of the Allegheny County Court of
: Common Pleas at No. CP-02-CR-
: 0001167-2013 entered on
: December 18, 2019

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 346 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 95 WDA 2020 |
| | : | entered on August 13, 2021, |
| GARRETT WILLIAM LUCAS, | : | **affirming** the Judgment of Sentence |
| | : | of the Allegheny County Court of |
| Petitioner | : | Common Pleas at No. CP-02-CR- |
| | : | 0001457-2013 entered on |
| | : | December 18, 2019 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 347 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 96 WDA 2020 |
| | : | entered on August 13, 2021, |
| GARRETT WILLIAM LUCAS, | : | **affirming** the Judgment of Sentence |
| | : | of the Allegheny County Court of |
| Petitioner | : | Common Pleas at No. CP-02-CR- |
| | : | 0001168-2013 entered on |
| | : | December 18, 2019 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 348 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 97 WDA 2020 |
| | : | entered on August 13, 2021, |
| GARRETT WILLIAM LUCAS, | : | **affirming** the Judgment of Sentence |
| | : | of the Allegheny County Court of |
| Petitioner | : | Common Pleas at No. CP-02-CR- |
| | : | 0002432-2013 entered on |
| | : | December 18, 2019 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 349 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | |

[343 WAL 2021, 344 WAL 2021, 345 WAL 2021, 346 WAL 2021, 347 WAL 2021, 348 WAL 2021, 349 WAL 2021, 350 WAL 2021, 351 WAL 2021, 352 WAL 2021, 353 WAL 2021 and 354 WAL 2021] - 2

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal from the **Unpublished Memorandum and Order** of the Superior Court at No. 98 WDA 2020 entered on August 13, 2021, **affirming** the Judgment of Sentence of the Allegheny County Court of Common Pleas at No. CP-02-CR-0002467-2013 entered on December 18, 2019 |
| GARRETT WILLIAM LUCAS, Petitioner | : | |

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

: No. 350 WAL 2021

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal from the **Unpublished Memorandum and Order** of the Superior Court at No. 99 WDA 2020 entered on August 13, 2021, **affirming** the Judgment of Sentence of the Allegheny County Court of Common Pleas at No. CP-02-CR-0010861-2017 entered on December 18, 2019 |
| GARRETT WILLIAM LUCAS, Petitioner | : | |

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

: No. 351 WAL 2021

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal from the **Unpublished Memorandum and Order** of the Superior Court at No. 100 WDA 2020 entered on August 13, 2021, **affirming** the Judgment of Sentence of the Allegheny County Court of Common Pleas at No. CP-02-CR-0013632-2018 entered on December 18, 2019 |
| GARRETT WILLIAM LUCAS, Petitioner | : | |

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

: No. 352 WAL 2021

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal from the **Unpublished Memorandum and Order** of the Superior Court at No. 101 WDA |

[343 WAL 2021, 344 WAL 2021, 345 WAL 2021, 346 WAL 2021, 347 WAL 2021, 348 WAL 2021, 349 WAL 2021, 350 WAL 2021, 351 WAL 2021, 352 WAL 2021, 353 WAL 2021 and 354 WAL 2021] - 3

|                                       |   |                                                   |
|---------------------------------------|---|---------------------------------------------------|
| GARRETT WILLIAM LUCAS,                | : | 2020 entered on August 13, 2021,                  |
|                                       | : | **affirming** the Judgment of Sentence            |
|                                       | : | of the Allegheny County Court of                  |
| Petitioner                            | : | Common Pleas at No. CP-02-CR-                     |
|                                       | : | 0001670-2013 entered on                           |
|                                       | : | December 18, 2019                                 |

|                                       |   |                                                   |
|---------------------------------------|---|---------------------------------------------------|
| COMMONWEALTH OF PENNSYLVANIA,         | : | No. 353 WAL 2021                                  |
|                                       | : |                                                   |
| Respondent                            | : |                                                   |
|                                       | : | Petition for Allowance of Appeal                  |
|                                       | : | from the **Unpublished**                          |
| v.                                    | : | **Memorandum and Order** of the                   |
|                                       | : | Superior Court at No. 102 WDA                     |
|                                       | : | 2020 entered on August 13, 2021,                  |
| GARRETT WILLIAM LUCAS,                | : | **affirming** the Judgment of Sentence            |
|                                       | : | of the Allegheny County Court of                  |
| Petitioner                            | : | Common Pleas at No. CP-02-CR-                     |
|                                       | : | 0001471-2013 entered on                           |
|                                       | : | December 18, 2019                                 |

|                                       |   |                                                   |
|---------------------------------------|---|---------------------------------------------------|
| COMMONWEALTH OF PENNSYLVANIA,         | : | No. 354 WAL 2021                                  |
|                                       | : |                                                   |
| Respondent                            | : |                                                   |
|                                       | : | Petition for Allowance of Appeal                  |
|                                       | : | from the **Unpublished**                          |
| v.                                    | : | **Memorandum and Order** of the                   |
|                                       | : | Superior Court at No. 103 WDA                     |
|                                       | : | 2020 entered on August 13, 2021,                  |
| GARRETT WILLIAM LUCAS,                | : | **affirming** the Judgment of Sentence            |
|                                       | : | of the Allegheny County Court of                  |
| Petitioner                            | : | Common Pleas at No. CP-02-CR-                     |
|                                       | : | 0001623-2013 entered on                           |
|                                       | : | December 18, 2019                                 |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2023, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to

the Superior Court for further proceedings consistent with *Commonwealth v. Rosario*, 294 A.3d 338 2023 WL 3470869 (Pa. filed May 16, 2023).